IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS JOSEPH MELGER,

      Plaintiff,

    vs.

PLACER COUNTY, et al.,

      Defendants.

_____/

No. 2:18-CV-0860-CMK-P

ORDER

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a notice of voluntary dismissal (Doc. 11). Because no response to the complaint has been filed, leave of court is not required and the action is dismissed on plaintiff's notice. See Fed. R. Civ. P. 41(a)(1)(A)(I). The Clerk of the Court is directed to terminate any pending motions and close this file.

      IT IS SO ORDERED.

DATED: August 6, 2018

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1